**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

OLIVER ESPARZA,

        Plaintiff,

v.

        Case No. 2:16-cv-00352

MEDICREDIT, INC.

        Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oliver Esparza and Defendant Medicredit, Inc. (the "Parties") file this Joint Stipulation of Dismissal with Prejudice.  The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice.  The Parties also agree and stipulate that each shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

        Respectfully submitted,

        **KIMMEL & SILVERMAN, P.C.**

        /s/ *Amy L. Bennecoff Ginsburg*
        Amy L. Bennecoff Ginsburg, Esq.
        30 East Butler Pike
        Ambler, PA  19002
        Phone:  (215) 540-8888
        Fax:  (877) 788-2864
        aginsburg@creditlaw.com

        **ATTORNEY IN CHARGE**
        **FOR PLAINTIFF**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

/s/ *Aimee B. Parsons*

Texas State Bar No. 24036229
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX  77002
Phone:  (713) 655-0855
Fax:  (713) 655-0020
aimee.parsons@odnss.com

**ATTORNEY IN CHARGE**
**FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded according to the Federal Rules of Civil Procedure on the _____ day of January, 2017.

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA  19002

*/s/ Aimee B. Parsons*

Aimee B. Parsons

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

OLIVER ESPARZA,

       Plaintiff,

v.

                                       Case No. 2:16-cv-00352

MEDICREDIT, INC.

       Defendant.

**ORDER OF DISMISSAL**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Oliver Esparza, and Defendant Medicredit, Inc. (the "Parties"), it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE. Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this _____ day of _____ , 2017.

_____
UNITED STATES DISTRICT JUDGE